

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHANE VINCENT | CIVIL ACTION | **09-3970** |
| VERSUS | NO. | |
| SHAMROCK MANAGEMENT, L.L.C. | SECTION | **SECT. C MAG 1** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### COMPLAINT FOR DAMAGES

**TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA AND THE JUDGES THEREOF:**

The Complaint of Shane Vincent, a person of majority age residing in Erath, Louisiana with respect represents:

1.

Made defendant herein is Shamrock Management, L.L.C., domestic corporation authorized to do and doing business in this state and judicial district.

2.

At all material times, plaintiff Shane Vincent was employed by Offshore Cleaning Systems, L.L.C. as a tank cleaner and performing tank cleaning services on offshore production platforms in Grand Isle Block 93C in the Gulf of Mexico that were owned by Apache Corp.

Fee $350
Process
X Dktd
CtRmDep
Doc. No.

3.

On or about April 4, 2009, after plaintiff had completed his job tasks for the day, he was transferred from the Apache platform to the M/V CHANTICE G by personnel basket and a platform-based crane operated by an employee of defendant Shamrock Management, L.L.C.

4.

As plaintiff Shane Vincent was being lowered to the M/V CHANTICE G via personnel basket, the basket struck a handrail of the M/V CHANTICE G and then suddenly and without warning or notice to the plaintiff dropped to the deck of the vessel, which caused plaintiff to fall off of the basket and onto the stern deck of the M/V CHANTICE G.

5.

The above-described casualty caused plaintiff to suffer injuries to his lumbar spine and connective joints, tissues and nerves as a result of the negligence of defendant Shamrock Management, L.L.C.

6.

As a consequence of the events and occurrences described herein and the resulting severe, painful and disabling injuries, plaintiff Shane Vincent is entitled to damages in the amount of ONE MILLION AND NO/100 ($10,000,000.00) DOLLARS.

7.

Jurisdiction of this cause of action against defendant Shamrock Management, L.L.C. is based upon the general maritime law.

**WHEREFORE**, plaintiff Shane Vincent prays for judgment against defendant Shamrock Management, L.L.C. and in is favor for compensatory damages in the amount of ONE MILLION AND NO/100 ($1,000,000.00) DOLLARS or such greater amounts as may be appropriate under

the circumstances, and for all taxable costs and interest allowed by law and for any additional general and equitable relief to which plaintiff is entitled in this cause.

Respectfully submitted,

*[signature]*

PAUL M. STERBCOW (#17817)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
(504) 588-1500     Office
(504) 588-1514     Facsimile
Sterbcow@lksalaw.com
Attorneys for Plaintiff, Shane Vincent

**PLEASE SERVE:**

**SHAMROCK MANAGEMENT, L.L.C.**
Through its registered agent
Jeffery L. Trahan
113 Venture Blvd.
Houma, LA 70360

3