UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHANE VINCENT | CIVIL ACTION |
| VERSUS | NO. 09-3970 C/W 10-2809 |
| SHAMROCK MANAGEMENT, LLC | SECTION: "C" (1) |

### ORDER AND REASONS

IT IS ORDERED that Defendant's Motion for Summary Judgment is DENIED. (Rec. Doc. 68). Plaintiffs have produced evidence suggesting that Defendant's employees, Captain Charles Dixon and Mate Bobby LeBlanc, decided to expedite the transfer personnel from the Apache platform 93-C to the M/V CHANTISE G because they had concerns about the deteriorating sea conditions. (Rec. Doc. 72 at 1-2). Specifically the Captain and Mate were concerned that the deteriorating sea conditions would prevent the personnel transfer unless they "got a move on it." (Rec. Doc. 72-2 at 2).

Reviewing these facts in the light most favorable to the non-moving party, the Court finds that there is a genuine issue of material fact regarding the reasonableness of the decision to expedite the personnel transfer in the face of deteriorating sea conditions. *See Reid v. State Farm Mut. Auto Ins. Co.,* 784 F.2d 577, 578 (5th Cir. 1986); *see also, Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 247-48 (1986). Therefore, summary judgment is improper, as Defendant owed Plaintiffs "reasonable care under the circumstances." *Kermarec v. Compagnie Generale Transatlantique*, 358 U.S. 625, 632 (1959).

New Orleans, Louisiana, this 23rd day of June, 2011.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE